

## NUMBER 13-14-00355-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

### IN RE STATE FARM LLOYDS, RICHARD FREYMANN, AND SYLVIA GARZA

---

### On Petition for Writ of Mandamus.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Memorandum Opinion Per Curiam[1]

Relators, State Farm Lloyds, Richard Freymann, and Sylvia Garza, filed a petition for writ of mandamus in the above cause on June 26, 2014. Relators and real parties have now advised the Court that the parties have reached a mutual agreement to settle and compromise their differences in the underlying lawsuit in trial court cause number C-1832-14-C in the 139th District Court of Hidalgo County, Texas, styled *Jena R. Valdez*

---

[1] *See* TEX. R. APP. P. 52.8(d) (AWhen denying relief, the court may hand down an opinion but is not required to do so.@); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

*and Jorge Valdez v. State Farm Lloyds, Richard Freymann, and Sylvia Garza.* Relators and real parties have filed an agreed motion to dismiss this original proceeding as moot.

"A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings." *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005); *see State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought). Accordingly, the Court, having examined and fully considered the agreed motion to dismiss, is of the opinion that the motion should be granted. Accordingly, the Court LIFTS the stay previously imposed by this Court, GRANTS the agreed motion to dismiss, and DISMISSES the petition for writ of mandamus as moot without reference to the merits. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
4th day of August, 2014